# United States District Court
## Eastern District of Tennessee

UNITED STATES OF AMERICA
v.
RALPH EDWARD TEAGUE
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 3:98-CR-167-1

Wayne Stambaugh
Defendant's Attorney

**THE DEFENDANT:**

[✓] admitted guilt to violation of standard conditions 8 and 9 and special condition 1 of the term of supervision.
[ ] was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations;

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|

See next page.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

September 24, 2013
Date of Imposition of Sentence

s/ Leon Jordan
Signature of Judicial Officer

LEON JORDAN, United States District Judge
Name & Title of Judicial Officer

September 25, 2013
Date

CASE NUMBER: 3:98-CR-167-1
DEFENDANT: RALPH EDWARD TEAGUE

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1, 4 (Special Condition 1)<br>5, 9 (Special Condition 1) | The defendant did commit another crime while on supervised released. | January 6, 11, 13, 17, 2012<br>June 14, 15, 2012<br>July 31, 2012 |
| 2,6 | The defendant did possess a controlled substance while on supervised release. | January 6, 11, 13, 17, 2012<br>June 14, 15, 2012<br>July 31, 2012 |
| 3 (Special Condition 9)<br>8 (Special Condition 9) | The defendant did associated persons engaged in criminal activity while on supervised release. | January 6, 11, 13, 17, 2012<br>June 14, 15, 2012<br>July 31, 2012 |
| 7 (Special Condition 8) | The defendant did frequent places where controlled substances were sold, used, distributed or administered while on supervised release. | January 6, 11, 13, 17, 2012<br>June 14, 15, 2012<br>July 31, 2012 |

DEFENDANT: RALPH EDWARD TEAGUE
CASE NUMBER: 3:98-CR-167-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 months .

This sentence shall be served concurrently with the 120 month sentence imposed in case number 2:12-CR-118. Additionally, there shall be no further term of supervised release in case 3:98-CR-167.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
[ ] at ___ [] a.m. [] p.m. on ___.
[ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[ ] before 2 p.m. on ___.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ____________________ to ______________________________

at ______________________________ , with a certified copy of this judgment.

______________________________
UNITED STATES MARSHAL

By ______________________________
DEPUTY UNITED STATES MARSHAL